IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PORSHIAHANNA WEITMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br><br>　　　　　　Defendant. | CV 20-122-BLG-TJC<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulated Motion to Remand (Doc. 23), and good cause appearing,

　　　　IT IS HEREBY ORDERED that this action is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner shall:

　　　　1.　　Provide Plaintiff with the opportunity for a hearing;

　　　　2.　　Order an ophthalmology consultative examination or obtain evidence from an ophthalmology medical expert;

　　　　3.　　Reconsider Plaintiff's alleged impairments at step two of the sequential evaluation process;

　　　　4.　　Reconsider Plaintiff's subjective allegations;

　　　　5.　　Reassess the residual functional capacity;

6. Obtain vocational expert evidence as necessary; and

7. Issue a new decision.

The parties also agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 20th day of May, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge